

1 | Robert D. Wilkinson          #100478
BAKER MANOCK & JENSEN, PC
2 | 5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
3 | Telephone: 559.432.5400
Facsimile: 559.432.5620
4

5 | Attorneys for Defendant NGA THIEN NGUYEN

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | UNITED STATES OF AMERICA,

12 |              Plaintiff,

13 |        v.

14 | HOANG MINH NGUYEN,
        aka Tommy Nguyen,
15 | DUNG HANH DAO,
        aka Yuna Dao, and
16 | NGA THIEN NGUYEN,

17 |              Defendants.

18

CASE No. 1:13 – CR – 00036 LJO SKO
(003)

DEFENDANT NGA THIEN NGUYEN's
WAIVER OF APPEARANCE

[F.R.Cr.P. 43]

19 |        The undersigned Defendant, NGA THIEN NGUYEN, hereby acknowledges that

20 | she is a Defendant named in the above matter, and further acknowledges that she has been advised

21 | of her right to appear personally at any hearing or proceeding before this Court, including, but not

22 | limited to, proceedings that involve questions of law, and any status/pretrial conferences.

23 | Understanding these rights, and having conferred with her undersigned counsel, Defendant does

24 | hereby freely and voluntarily waive her right to be present at any proceeding involving a question

25 | of law or stratus/pretrial conference, except as otherwise directed by this Court, and hereby

26 | requests that this Court proceed during every absence of the Defendant that the Court may permit

27 | pursuant to this waiver.  Defendant further hereby acknowledges and agrees that her interests are

28 | represented at all times by the presence of her attorney the same as if the Defendant was

1291199v1 / 10924.0046

DEFENDANT NGA THIEN NGUYEN'S WAIVER OF APPEARANCE

1  personally present in court, and further agrees that notice to her attorney that his presence in court

2  on a particular day, at a particular time, is required is notice to the Defendant of the requirement of

3  her appearance at that time and place. Defendant further acknowledges that she has been informed

4  of her rights and authorizes her attorney to set hearings at times and days without Defendant being

5  present.

6

7  DATED:     May 20, 2013                    By _____
                                              NGA THIEN NGUYEN
8

9  DATED:     May 20, 2013
10
                                              BAKER MANOCK & JENSEN, PC
11

12                                            By_____
                                              Robert D. Wilkinson
13                                            Attorneys for Defendant, NGA THIEN
                                              NGUYEN
14

15

16
                                              SO ORDERED:
17

18  DATED:  ___5/20/13___

19                                            Lawrence J. O'Neill
                                              Judge of the United States District Court,
20                                            For the Eastern District of California

21

22

23

24

25

26

27

28

DEFENDANT NGA THIEN NGUYEN'S WAIVER OF APPEARANCE