United States District Court
EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAY 28 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 13CR0036 |
| Nga Thien Nguyen ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Nga Thien Nguyen___ , have discussed with ___Lydia J. Serrano___ , Pretrial Services Officer, modifications of my release conditions as follows:

Removing the following conditions:
Defendant shall comply with the following curfew: 9 pm to 6 am.
Defendant shall be subject to electronic monitoring.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  05/22/2013          _____  5-28-13
Signature of Defendant   Date                 Pretrial Services Officer  Date
Nga Thien Nguyen                              Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                        5/28/13
Signature of Assistant United States Attorney  Date
Grant Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                        5/24/2013
Signature of Defense Counsel                   Date
Robert Wilkinson

### ORDER OF THE COURT
☒ The above modification of conditions of release is ordered, to be effective on   5/28/13
☐ The above modification of conditions of release is *not* ordered.

_____                        5/28/13
Signature of Judicial Officer                  Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services