# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

NOV 15 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**United States of America**
vs.
Nga Thien Nguyen

)
)
)
)
)

Case No. 1:13CR00036-0088

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Nga Thien Nguyen _____ , have discussed with _____ Lydia J. Serrano _____ , Pretrial Services Officer, modifications of my release conditions as follows:

Modifying the defendant's travel restriction to allow Pretrial Services discretion to allow travel outside the defendant's restricted area.   Ms. Nguyen's travel is currently restricted to the Northern and Eastern Districts of California.

All previously ordered conditions of release not in conflict with the above to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

Signature of Defendant          Date   Nov 6, 2013

Pretrial Services Officer
Services/Probation Officer          Date  11-13-13

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant United States Attorney          Date   11/13/9

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel          Date  11/13/2013
Robert D. Wilkinson

## ORDER OF THE COURT

X  The above modification of conditions of release is ordered, to be effective on   11-15-13  .

The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer          Date  11/15/13

cc:    U.S. Attorney=s Office, Defense Counsel, Pretrial Services