BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00036-LJO-SKO |
|---|---|
| Plaintiff, | ORDER FOR DEFERRED PROSECUTION AGREEMENT |
| v. | |
| NGA THIEN NGUYEN, | Hon. Lawrence J. O'Neill |
| Defendants. | |

The Court has reviewed and considered the Joint Motion of the United States and defendant NGA THIEN NGUYEN requesting that the Court approve the Deferred Prosecution Agreement filed on January 3, 2014 and continue all further criminal proceedings in this case, including trial, for a period of twelve (12) months. The parties have stipulated and requested that such twelve (12) month time period be excluded in computing the time within which any trial must be commenced upon the charges contained in the indictment filed against defendant NGA THIEN NGUYEN, pursuant to Title 18, United States Code, Section 3161(h)(2).

IT IS ORDERED THAT the Deferred Prosecution Agreement between the United States and defendant NGA THIEN NGUYEN filed January 3, 2014 is approved, and further criminal proceedings in this case, including trial, are hereby continued for a period of twelve (12) months from the date of this Order.

///

ORDER FOR DEFERRED PROSECUTION
AGREEMENT

1

1  IT IS FURTHER ORDERED THAT time shall be excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(2) and based on the grounds set forth in the parties' Joint Motion, for the period through and including twelve (12) months from the date of this Order.

IT IS SO ORDERED.

Dated:   **January 6, 2014**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE