Robert D. Wilkinson          #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Defendant NGA THIEN NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>NGA THIEN NGUYEN,<br><br>             Defendant. | CASE No. 1:13 – CR – 00036 LJO SKO<br><br>**CORRECTED STIPULATION AND ORDER FOR RETURN OF DEFENDANT NGA THIEN NGUYEN'S PASSPORT AND PERMISSION TO TRAVEL OUT OF COUNTRY** |

WHEREAS the parties hereto, Plaintiff the United States of America and Defendant Nga Thien Nguyen, have entered into a Deferred Prosecution Agreement (Document 89) and have made a motion to the Court that their agreement be approved (Document 90); and

WHEREAS the Court has approved the parties' Deferred Prosecution Agreement (Document 92) and the case as to Defendant Nga Thien Nguyen only has been set for a status conference on the Deferred Prosecution Agreement for January 12, 2015 at 8:30 a.m.; and

WHEREAS defendant Nga Thien Nguyen's father is elderly, lives in Vietnam and there is some doubt that he will survive until the Deferred Prosecution Agreement is fully performed;

The parties hereto, by and through authorized counsel, HEREBY STIPULATE AND AGREE as follows:

1427471v2 / 10924.0046

CORRECTED STIPULATION AND [PROPOSED] ORDER FOR RETURN OF DEFENDANT NGA THIEN NGUYEN'S PASSPORT AND PERMISSION TO TRAVEL OUT OF COUNTRY

1. The Clerk's Office may return to Defendant Nga Thien Nuygen her U.S. Passport, Number 307432371, which was surrendered to the Court on or about February 21, 2013. (See Docket entry 26 herein.)

2. The conditions of Defendant Nga Thien Nuygen's pretrial release may be amended to allow her to travel out of the country, with a destination of Vietnam, for the purpose of visiting her father.

DATED:  January 10, 2014         BENJAMIN WANGER
                                 United States Attorney


                                 By: /s/ Grant B. Rabenn
                                 GRANT B. RABENN
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff United States of America


DATED:  January 10, 2014         BAKER MANOCK & JENSEN, PC


                                 By: /s/ Robert D. Wilkinson
                                 Robert D. Wilkinson
                                 Attorneys for Defendant NGA THIEN NGUYEN

## [PROPOSED] ORDER

Good cause having been shown, IT IS HEREBY ORDERED as follows:

1. Clerk's Office shall return to Defendant Nga Thien Nguyen, either to her personally or through her attorney Robert D. Wilkinson, her U.S. Passport, Number 307432371. (See Docket entry 26 herein.)

2. The conditions of Defendant Nga Thien Nguyen's pretrial release shall be modified to allow her to travel outside of the United States, with a destination of Vietnam, for the purpose of visiting her father.

IT IS SO ORDERED.

Dated:  **January 13, 2014**          /s/ Lawrence J. O'Neill

1427471v2 / 10924.0046                    2
CORRECTED STIPULATION AND [PROPOSED] ORDER FOR RETURN OF DEFENDANT NGA THIEN NGUYEN'S PASSPORT AND PERMISSION TO TRAVEL OUT OF COUNTRY

UNITED STATES DISTRICT JUDGE

1427471v2 / 10924.0046

3

CORRECTED STIPULATION AND [PROPOSED] ORDER FOR RETURN OF DEFENDANT NGA THIEN
NGUYEN'S PASSPORT AND PERMISSION TO TRAVEL OUT OF COUNTRY