BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:13-CR-00036-LJO-SKO |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS CASE AS TO |
| ) | DEFENDANT NGA THIEN NGUYEN |
| ) | |
| NGA THIEN NGUYEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____) | |

The United States moves the Court to dismiss the pending case in its entirety against defendant NGA THIEN NGUYEN. This request is based on the defendant's compliance with the terms and conditions of the deferred prosecution agreement.

DATED: January 14, 2015                                       Respectfully submitted,

                                                              BENJAMIN B. WAGNER
                                                              United States Attorney

                                                              By: /s/ Grant B. Rabenn
                                                               GRANT B. RABENN
                                                               Assistant U.S. Attorney

Motion and Order to Dismiss Case

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13-CR-00036-LJO-SKO |
| | ) | |
| Plaintiff, | ) | ORDER RE:  MOTION TO DISMISS |
| | ) | |
| v. | ) | |
| | ) | |
| NGA THIEN NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |
| ─────────────────────────── | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the pending case against defendant NGA THIEN NGUYEN be dismissed in its entirety.

IT IS SO ORDERED.

Dated:   **January 15, 2015**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

Motion and Order to Dismiss Case